From: The District Court of the Sixteenth Judicial District. County of Custer.
STATE OF MONTANA, Plaintiff, vs. ARTHUR LEE TAYLOR, Defendant.

## DECISION

No. 2422

The application of the above-named defendant for a review of the sentence of 10 years for Obstructing Justice imposed on March 1st, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Willis Jones, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Fourth Judicial District. County of Missoula.
STATE OF MONTANA, Plaintiff, vs. JAMES E. JELLE, Defendant.

## DECISION

No. 4676

The application of the above-named defendant for a review of the sentence of Forty years for Robbery imposed on February 11th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank James Johnstone, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Eleventh Judicial District. County of Flathead.
STATE OF MONTANA, Plaintiff, vs. THOMAS F. HERMAN, Defendant.

## DECISION

No. 3513

The application of the above-named defendant for a review of the sentence of 10 years for 3 counts Burglary concurrently and 5 years 1 count Bail Jumping consecutively imposed on January 21st, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed.

We wish to thank Richard Brekke, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.